Quabina Rasheen PENSON *v.* STATE of Arkansas

CR 00-1300                                                                 31 S.W.3d 870

Supreme Court of Arkansas
Opinion delivered December 7, 2000

*S. Butler Bernard, Jr.,* for appellant.

No response.

PER CURIAM. Appellant Quabina Rasheen Penson, by and through his attorney, has filed a motion for rule on clerk. His attorney, S. Butler Bernard, Jr., states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.